Judge Robert Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR10-5766RJB |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAWN LOUISE KAPLAN-BATTY, ) | |
| ) | |
| Defendant. ) | |

After consideration of Defendant's motion to suppress evidence (Dkt. 25), and the Government's response filed thereto, and after consideration of all of the evidence and argument presented at the hearing on the motion, and for the reasons stated in open court,

IT IS HEREBY ORDERED that the above defense motion to suppress evidence is DENIED.

DATED this 7th day of March, 2011.

_____
Robert J Bryan
United States District Judge

Presented by:

 s/*Jesse Williams*
JESSE WILLIAMS
Special Assistant United States Attorney

ORDER
U.S. v. KAPLAN-BATTY, CR10-5766RJB      -     1